United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

CRISTINA FLORES GONZALEZ,       §
    *Plaintiff,*                          §
                                    §
                                    §
v.                              §       Civil No. 5:23-cv-00044
                                    §
MARIO ISRAEL LORENZO,           §
ALBERTO LUCIO, JR.,             §
ANDEX CARGO SOLUTIONS LLC,      §
EDWIN ANGULO,                   §
EFRAIN CASTILLEJA,              §
OLPEGA DISTRIBUIDURA,           §
SAMUEL GUZMAN,                  §
and YEMELIN GUZMAN,             §
    *Defendant.*                         §

## ORDER

The undersigned held a status conference in this case on July 14, 2026, to address Plaintiff's failure to timely serve Defendants with her Second Amended Complaint, Dkt. No. 111. Pursuant to the conference, Plaintiff is **ORDERED** to effectuate and file proof of service on Defendants Lorenzo, Lucio, Andex Cargo Solutions LLC, and Angulo, or move for their voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), by **July 28, 2026**. Additionally, the Court advised Plaintiff that the return of service that was filed for Samuel Guzman d/b/a Guvi Carriers, Dkt. No. 127, was a summons for deposition rather than a summons indicating that a lawsuit had been filed against him. Accordingly, Plaintiff is **ORDERED** to cure this defect by **July 28, 2026**. Additionally, Plaintiff is **ORDERED** to effectuate and file proof of service of the Second Amended Complaint on Defendant Yemeni Guzman d/b/a Guvi Carriers, or move for her voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), by **July 28, 2026**.

Plaintiff is **WARNED** that failure to abide by these deadlines without good cause may result in dismissal of this case for want of prosecution.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."); Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

IT IS SO ORDERED

Signed this July 14, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge