**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

CRISTINA FLORES GONZALEZ,
    *Plaintiff,*

v.

MARIO ISRAEL LORENZO, ALBERTO LUCIO, JR.
D/B/A PX SHIPPING SOLUTIONS, ANDEX CARGO
SOLUTIONS, LLC, EDWIN ANGULO D/B/A GATI
TRANSPORT, EFRAIN CASTILLEJA, SAMUEL
GUZMAN, and YEMELIN GUZMAN D/B/A GUVI
CARRIERS,
    *Defendants.*

Civil Action No. 5:23-CV-00044

JURY DEMANDED

**PLAINTIFF'S FOURTH ADVISORY TO THE COURT**
**REGARDING SERVICE OF PROCESS**

**TO THE HONORABHLE JUDGE OF SAID COURT:**

    **NOW COMES** CRISTINA FLORES GONZALEZ, hereinafter referred to by name or as Plaintiff in the above entitled and numbered cause, and files this her Fourth Advisory Regarding Service of Process, and in support thereof would respectfully show the Court as follows:

1.    Plaintiff filed her Second Amended Complaint on August 26, 2025. *See* Dkt. No. 111.

2.    On July 14, 2026, the Court held a status conference at which Plaintiff's counsel, Jorge L. Alvarez, appeared via Zoom. Following the conference, the Court found that Plaintiff had not shown good cause for the delay in serving the Second Amended Complaint on Defendants Mario Israel Lorenzo, Alberto Lucio, Jr., Andex Cargo Solutions, LLC, and Edwin Angulo, and ordered Plaintiff to effectuate and file proof of service on those Defendants, or move for their dismissal from the case, by July 27, 2026. The Court further ordered Plaintiff to cure the deficient return of service filed as to Defendant Samuel Guzman d/b/a Guvi Carriers and to serve Defendant Yemelin Guzman d/b/a Guvi Carriers with the Second Amended Complaint by that same deadline.

3. Plaintiff has effectuated service of the Summons and Second Amended Complaint on Defendant Mario Israel Lorenzo, who was personally served on July 24, 2026, at 7603 San Dario Ave, Suite 7, Laredo, Texas 78045. Proof of service is being filed contemporaneously herewith.

4. Plaintiff has effectuated service of the Summons and Second Amended Complaint on Defendant Andex Cargo Solutions, LLC, by delivery to its registered agent, Edwin Angulo, on July 20, 2026, at 127 Pacifico Drive, Laredo, Texas 78045. Proof of service is being filed contemporaneously herewith.

5. Plaintiff has effectuated service of the Summons and Second Amended Complaint on Defendant Edwin Angulo, individually, who was served on July 20, 2026, at 127 Pacifico Drive, Laredo, Texas 78045. Proof of service is being filed contemporaneously herewith.

6. Plaintiff has effectuated service of the Summons and Second Amended Complaint on Defendant Yemelin Guzman d/b/a Guvi Carriers, who was served on July 21, 2026, at 9630 Center Road, Laredo, Texas 78045. Proof of service is being filed contemporaneously herewith.

7. Regarding Defendant Samuel Guzman d/b/a Guvi Carriers, Plaintiff has confirmed that this Defendant was properly served with the Summons and Second Amended Complaint on November 3, 2025, at 9630 Center Road, Laredo, Texas 78045, curing the deficiency identified by the Court. Proof of service reflecting this service is being filed contemporaneously herewith.

8. Notwithstanding diligent efforts, Plaintiff has been unable to effectuate service of the Second Amended Complaint on Defendant Alberto Lucio, Jr. d/b/a PX Shipping Solutions. Accordingly, and pursuant to the Court's Order, Plaintiff respectfully moves for the dismissal of Defendant Alberto Lucio, Jr. d/b/a PX Shipping Solutions, without prejudice.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that the Court accept this Advisory and the accompanying proof of service as compliance with its Order, and dismiss Defendant Alberto Lucio, Jr. d/b/a PX Shipping Solutions without prejudice.

Respectfully submitted,

**DESOUZA INJURY LAWYERS**
11402 DeSouza Dr.
San Antonio, Texas 78217
210/714-4215 – Phone
210/496-0060 – Facsimile

BY: */s/ Jorge L. Alvarez*
    **JORGE L. ALVAREZ**
    State Bar No.: 24133590
    SDTX: 3840915
    jorge@jfdlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing instrument was duly served in accordance with the Federal Rules of Civil Procedure on July 27, 2026, upon all counsel of record.

*/s/ Jorge L. Alvarez*
**JORGE L. ALVAREZ**